**Raymond PRATER, Appellant,**

v.

**CALLAWAY LIVESTOCK CENTER, INC., Treasurer of the State of Missouri, Custodian of the Second Injury Fund, Respondents.**

No. WD 66062.

Missouri Court of Appeals,
Western District.

Nov. 14, 2006.

Michael Blum, Columbia, MO, for Appellant.

Margaret M. Hecht, St. Louis, MO, for Respondent, Callaway Livestock Center.

Kristen Paulsmeyer, Jefferson City, MO, for Respondent, Treasure of the State of Missouri.

Before LOWENSTEIN, P.J., SPINDEN and NEWTON, JJ.

### *ORDER*

PER CURIAM.

This case involves a claim for workers' compensation that was dismissed by the Division of Workers' Compensation ("Division") for failure to prosecute. The Labor and Industrial Relations Commission (the "Commission") affirmed the dismissal. Raymond Prater ("Appellant") appeals the Commission's decision. Judgment affirmed. PCMO. Rule 84.16(b).